W. G. PAYNE, PLAINTIFF IN ERROR, VS. JOHN ROCHE, DEFENDANT IN ERROR.

A writ of error issued on a day during the term of the Supreme Court and made returnable to a day within that term is in violation of the statute and the cause will be stricken from the docket.

Writ of error to the Circuit Court for Washington county.

The facts in the case are stated in the opinion of the court.

*Liddon & Carter*, for Plaintiff in Error.

*D. L. McKinnon*, for Defendant in Error.

(Mr. Justice Carter being disqualified, took no part in the decision of this case.)

PER CURIAM:

It appearing to the court that the writ of error in this cause was issued on a day of the January term, A. D. 1893, of this court and made returnable to a day in said

term in violation of the statute (Section 1270, Revised Statutes,), and the court is without jurisdiction of the subject-matter (Fleming v. Fleming, 40 Fla. 154, 23 South. Rep. 571; Browning v. State, 40 Fla. 466, 25 South. Rep. 62; Simmons v. State, 40 Fla. 467, 25 South. Rep. 62; Savannah, Florida & Western Ry. Co. v. Justice, 41 Fla. —, 26 South. Rep. 704), it is, therefore, ordered that said cause be stricken from the docket and the writ dismissed.